UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ALLEN ALBERGOTTI,

                Plaintiff,

-against-

JAMES McSHERRY - Shield #27896;
SERGEANT TODD POSTEL - Shield #771;
JOHN DOE 3; JOHN DOE 4,

                Defendants.

----------------------------------------------------------X

**ORDER**
**09 CV 3919 (CBA)(LB)**

**BLOOM, United States Magistrate Judge:**

By Orders dated September 17 and October 14, 2009, the Court directed the Assistant Corporation Counsel to provide the full names and service addresses for the John Doe defendants allegedly involved in the events detailed in plaintiff's complaint, pursuant to <u>Valentin v. Dinkins</u>, 121 F.3d 72 (2d. Cir. 1997)(per curiam). By letters dated October 6 and November 6, 2009, the Assistant Corporation Counsel provides the following information:[1]

    James McSherry - Shield #27896
    81st Precinct
    30 Ralph Avenue
    Brooklyn, New York 11221

    Sergeant Todd Postel - Shield #771
    Brooklyn North Task Force
    179 Wilson Avenue
    Brooklyn, New York 11237

The Clerk of Court is hereby directed to prepare the necessary papers to have these defendants served with process and to replace John Doe 1 and John Doe 2 on the docket sheet with

---

[1] The Assistant Corporation Counsel states that they are unable to identify the remaining John Doe officers without more information from plaintiff. (Document 7.)

the names of these two defendants. The United States Marshals Service is hereby directed to serve the summons and complaint on the defendants at the addresses listed above.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: November 13, 2009
      Brooklyn, New York